US DISTRICT COURT INDEX SHEET







ALLERGAN SALES INC

PHARMACIA & UPJOHN

RYC
3:96-CV-1430
*160*
*DOCSEAL.*



Allergan Sales, Inc                                        96-cv-1430 H(JFS)

-v-

Pharmacia & Upjohn

SEALED DOCUMENT

160 - Plaintiff's Memorandum of Points and Authorities In Oppositon